USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

WILLIAM MAISONET,                        :

              Petitioner,    :

    - against -                    :

DAVID ROCK,                              :

              Respondent.    :

                    :

- - - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 6749 (DC)

**CHIN, District Judge**

      William Maisonet petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Upon review of the petition, it is hereby

      ORDERED that the Clerk of the Court serve, by certified mail, a copy of this Order and the underlying Petition on the Attorney General of the State of New York and the District Attorney for Bronx County, and it is further

      ORDERED that respondent shall file an answer or other pleading in response to the petition no later than **October 6, 2008**, and petitioner may file any reply papers no later than **October 27, 2008**.

      SO ORDERED.

Dated:    New York, New York
          August 28, 2008

                                    DENNY CHIN
                                    United States District Judge